IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| DAVID FERRELL | : | VIOLATIONS:<br>21 U.S.C. § 841(a)(1) (possession with intent to distribute 5 grams or more of cocaine base ("crack") -1 count) |
| | : | |
| | : | 21 U.S.C. § 860 (possession with intent to distribute 5 grams or more of cocaine base ("crack") in or near a school -1 count) |

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about March 2, 2008, in Philadelphia, in the Eastern District of Pennsylvania, defendant

DAVID FERRELL

knowingly and intentionally possessed with intent to distribute 5 grams or more, that is, approximately 16.19 grams, of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 2, 2008, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAVID FERRELL**

knowingly and intentionally possessed with intent to distribute 5 grams or more, that is, approximately 16.19 grams, of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, within 1,000 feet of the real property comprising the Family Charter School, a public elementary school, located at 907 North 41st Street in Philadelphia, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Sections 860 and 841(b)(1)(B).

**A TRUE BILL:**

　
**GRAND JURY FOREPERSON**

　
**PATRICK L. MEEHAN**
**United States Attorney**