IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        :        CRIMINAL ACTION
       :
       v.        :        NO. 08-390
       :
DAVID FERRELL        :

**O R D E R**

AND NOW, this 29th day of December, 2009, Defendant David Ferrell's Motion to Suppress

(Document 17) is GRANTED.


BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, J.